# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-3140

———————

Kenneth Ford Wishon,                         *
                                             *
        Appellant,                  *
                                             *
                                             *  Appeal from the United States
    v.                                       *  District Court for the Western
                                             *  District of Arkansas.
Mark Rupp, Sheriff Newton                    *
County, Arkansas; County                     *  [UNPUBLISHED]
Commissioners, Newton County,                *
Arkansas; Jane Doe; John Doe,                *
1 through 10,                                *
                                             *
        Appellees.                  *

———————

Submitted: July 3, 2001
Filed: July 11, 2001

———————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

———————

PER CURIAM.

Kenneth Ford Wishon appeals from the district court's[1] grant of summary judgment in his 42 U.S.C. § 1983 action. After de novo review, see Dulany v.

———————

[1]The Honorable H. Franklin Waters, Unites States District Judge for the Western District of Arkansas.

Carnahan, 132 F.3d 1234, 1237 (8th Cir. 1997), we conclude that the district court's judgment was correct and should be affirmed.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.